ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
**PYATT SILVESTRI**
7670 West Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
aiqbal@pyattsilvestri.com

*Attorneys for Defendants,*
*Go Green Industries, Inc,* and
*Rolando Torres*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSMANYS ALVAREZ GARCIA, an individual, and LEANDRO LAMBERT-LEVYA, an individual;, <br><br> Plaintiff, <br><br> vs. <br><br> GO GREEN INDUSTRIES, INC, a California Corporation; ROLANDO TORRES; an individual, DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | CASE NO.: 2:24-CV-01771-JAD-MDC |

### STIPULATION AND ORDER TO DISMISS
### WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(11)

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, OSMANYS ALVAREZ GARCIA, and LEANDRO LAMBERT-LEVYA, and Defendants, GO GREEN INDUSTRIES, INC and ROLANDO TORRES (erroneously named as GO GREEN INDUSTRIES, INC), by an through their respective counsel, and the parties hereby notify the Court, that the above-captioned matter has settled and this matter should be dismissed in its entirety with prejudice, including all claims that were or could have been asserted herein, with prejudice. Each party to bear its own attorneys' fees and costs.

/ / /

/ / /

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

1

This case has been scheduled for trial on October 20, 2025, which shall be vacated.

| PYATT SILVESTRI | PAUL PADDA LAW, PLLC |
|---|---|
| /s/ *Ali R. Iqbal* | /s/ *Srilata R. Shah* |
| ALI R. IQBAL, ESQ. | SRILATA R. SHAH, ESQ. |
| Nevada Bar No. 15056 | Nevada Bar No. 6820 |
| 7670 West Lake Mead Blvd., Suite 250 | 4560 South Decatur Blvd., Suite 300 |
| Las Vegas, NV 89128 | Las Vegas, Nevada 89103 |
| *Attorney for Defendants,* | Attorneys for Plaintiff |
| *Go Green Industries, Inc* and | *OSMANYS ALVAREZ GARCIA &* |
| *Rolando Torres* | *LEANDRO LAMBERT-LEVYA* |

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on the 5th day of May, 2025, I received concurrence from Plaintiff's counsel, Srilata R. Shah, Esq, on the 5th day of May, 2025, respectively, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 5th day of May, 2025.

/s/ *Ali R. Iqbal*
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056

## ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.  This case has not been scheduled for trial.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 8th day of May, 2025.

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

2